# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. Robert Albino                                    Docket No. 3:03CR00226(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Charmaine R. Harkins, presenting an official report upon the conduct and attitude of Robert Albino who was sentenced to 60 months incarceration for a violation of three counts of 21 U.S.C. § 841(a)(1), Distribution of Cocaine & Cocaine Base and one count of Possession with Intent to Distribute Cocaine and Cocaine Base, by the Honorable Paul Barbadoro, United States District Judge, sitting in the District of New Hampshire on April 2, 1998 who fixed the period of supervision at four years which commenced on June 14, 2002. Additionally, on November 22, 2002, the offender's supervision was revoked and he was sentenced to six months imprisonment followed by 42 months supervised release which commenced on April 16, 2003 and imposed the general terms and conditions theretofore adopted by the court: 1) The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or dug or alcohol dependency which will include testing for the detection of substance abuse or abuse. The defendant shall also abstain from the use of alcoholic beverages and/or all other intoxicants during and after the course of treatment. The defendant shall pay for the cost of treatment to the extent he is able as determined by the Probation Officer; 2) The defendant shall participate in a program of domestic violence education and counseling, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay for the cost of treatment to the extent he is able as determined by the probation officer. He was ordered to pay a $400 special assessment. On January 5, 2005, the Court imposed the following condition: The defendant shall be placed on home confinement with voice verification for three months.

Transfer of jurisdiction was accepted in the District of Connecticut on June 26, 2003 and the case was assigned to the Honorable Alvin W. Thompson, United States District Judge. Mr. Albino's supervision is scheduled to terminate on October 15, 2006.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Mandatory Condition: "The defendant shall not commit another federal, state, or local crime."

On May 25, 2005, Mr. Albino was arrested for Breach of Peace by the New Britain, Connecticut Police Department. He was released on a $500 bond and is scheduled to appear in New Britain Superior Court on August 15, 2005 under docket number CR050222163. Additionally, two incident reports were filed on May 9, 2005 and June 29, 2005 by Carmen Padilla, the defendant's ex-girlfriend, with the New Britain Police Department as complaints against the defendant.

CONT. page 2.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Robert Albino to appear before this court at Hartford, Connecticut on August _19_, 2005 at _10:00 a.m._ to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this _4th_ day of August 2005 and ordered filed and made a part of the records in the above case.

Sworn to By

_____
Charmaine R. Harkins
United States Probation Officer

Place _Hartford, Connecticut_

Date _August 4, 2005_

The Honorable Alvin W. Thompson
United States District Judge

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this _4th_ day of August 2005, at Hartford, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge

Charge No. 2- Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter."

Mr. Albino tested positive for cocaine on February 16, May 20, and June 21, 2005. He also failed to report for a random urinalysis on July 22, 2005. This last date is considered a stall.

Charge No. 3- Standard Condition: "You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer."

During a routine office visit on June 30, 2005, Mr. Albino was asked if he had used illegal drugs or had been recently arrested. Mr. Albino reported that he had not used drugs and was not recently arrested. As stated above, Mr. Albino was arrested on May 25, 205 and tested positive for cocaine on June 21, 2005.

Charge No. 4: Standard Condition: "You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

During a routine field visit at the New Britain Police Department on July 6, 2005, information about the above arrest was discovered. The offender failed to report his arrest within the stipulated time frame.

Charge No. 5 - Special Condition: "The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or dug or alcohol dependency which will include testing for the detection of substance abuse or abuse. The defendant shall also abstain from the use of alcoholic beverages and/or all other intoxicants during and after the course of treatment. The defendant shall pay for the cost of treatment to the extent he is able as determined by the Probation Officer."

On June 27, 2005, Mr. Albino was referred to Wheeler Clinic for treatment. He has failed to comply with the co-pay requirements of his treatment plan and has not attended any sessions as of this writing.