UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA　:

　　　　v.　　　　　　　　:　　CRIMINAL NO. 3:03CR00226(AWT)

ROBERT ALBINO　　　　　　:

## ORDER ADDING SPECIAL CONDITIONS

The above named defendant was originally sentenced on April 2, 1998 following his conviction on a violation of 21 U.S.C. § 841(a)(1), Distribution of Cocaine Base and Possession With Intent to Distribute Cocaine and Cocaine Base, to 60 months imprisonment followed by four years supervised release. His original term of supervised release commenced on June 14, 2002. On November 22, 2002, the defendant's supervision was revoked and he was sentenced to six months imprisonment followed by 42 months supervised release which commenced on April 16, 2003.

On August 4, 2005, this court issued a summons to Show Cause why the supervised release term should not be revoked based on allegations by the probation officer that the defendant violated the conditions of supervision.

On August 25, 2005, the defendant appeared with counsel for a violation hearing to determine if the supervised release term should be revoked. The matter was continued to September 8, 2005. On that date, the defendant was continued on supervised release and several special conditions of supervision were added to those originally imposed by the court.

NOW, THEREFORE, THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS ARE ORDERED:

1. The defendant shall not get arrested again.

2. The defendant shall remain in his current employment and do well.

3. The defendant shall participate in substance abuse treatment, without a co-pay, but shall pay his outstanding co-pay balance on or before the commencement of his treatment.

4. The defendant shall pay his outstanding Special Assessment balance of $288.60 and his electronic monitoring balance of $6.30 by November 1, 2005.

5. The defendant shall have no connection/contact with his former girlfriend, Carmen Padilla.

6. The defendant shall be subject to a curfew in that he shall be home by 8:00 p.m. each evening, unless he is working or at his treatment group. If the defendant is working late or engaged in treatment, he shall come directly home at the conclusion of his evening shift/treatment group.

All other conditions will remain in effect.

Signed this 26th day of September, at Hartford, Connecticut.

_____
Alvin W. Thompson
United States District Judge