UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR226(AWT) |
| ROBERT ALBINO | : | October 27, 2005 |

UNOPPOSED MOTION TO MODIFY SPECIAL CONDITION OF SUPERVISED RELEASE

     Robert Albino, through counsel, respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(B) to modify the present special condition of his supervised release which requires him to pay $288.60 by November 1, 2005, to require instead that he make said payment by November 9, 2005. The reason for this motion is that Mr. Albino, who is presently without the funds necessary to make the payment, will receive a paycheck on November 3, 2005, from which he will derive the necessary funds. Mr. Albino is scheduled to work every day from November 3 through November 8 and would have to miss work to travel to the clerk's office to make his payment prior to November 9. November 9 is his next day off and thus he could make the payment that day without missing work. Counsel for the Government and Mr. Albino's supervising United States Probation Officer have no objection to this request.

                                        Respectfully submitted,

                                        The Defendant,
                                        Robert Albino

                                        Thomas G. Dennis
                                        Federal Defender

Dated:  October 27, 2005          /s/ _____
                                        Gary D. Weinberger
                                        Asst. Federal Defender
                                        10 Columbus Blvd, FL 6
                                        Hartford, CT 06106-1976
                                        Bar No. ct05085
                                        (860) 493-6260
                                        Email: gary.weinberger@fd.org

- 2 -

## CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to Robert M. Spector, Assistant United States Attorney, and Charmaine Harkins, United States Probation Officer, 450 Main Street, Hartford, CT 06103, on this 27 day of October 2005.


        /s/
        Gary Weinberger