UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT

2005 OCT 27 P 12: 12

U.S. DISTRICT COURT
HARTFORD CT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 3:03CR226(AWT) |
| ROBERT ALBINO | : | October 27, 2005 |

## UNOPPOSED MOTION TO MODIFY SPECIAL CONDITION OF SUPERVISED RELEASE

Robert Albino, through counsel, respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 32.1(c)(2)(B) to modify the present special condition of his supervised release which requires him to pay $288.60 by November 1, 2005, to require instead that he make said payment by November 9, 2005. The reason for this motion is that Mr. Albino, who is presently without the funds necessary to make the payment, will receive a paycheck on November 3, 2005, from which he will derive the necessary funds. Mr. Albino is scheduled to work every day from November 3 through November 8 and would have to miss work to travel to the clerk's office to make his payment prior to November 9. November 9 is his next day off and thus he could make the payment that day without missing work. Counsel for the Government and Mr. Albino's supervising United States Probation Officer have no objection to this request.

Respectfully submitted,

The Defendant,
Robert Albino

Thomas G. Dennis
Federal Defender

Dated: October 27, 2005

Gary D. Weinberger
Asst. Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05085
(860) 493-6260
Email: gary.weinberger@fd.org

GRANTED. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 11/01/05

FILED

2005 NOV -2 P 3: 29
U.S. DISTRICT COURT
HARTFORD, CT.