# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. Robert Albino

Docket No. 3:03CR00226(AWT)

## PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW**, Charmaine R. Harkins, presenting an official report upon the conduct and attitude of Robert Albino who was sentenced to 60 months incarceration for a violation of three counts of 21 U.S.C. § 841(a)(1), Distribution of Cocaine & Cocaine Base and one count of Possession with Intent to Distribute Cocaine and Cocaine Base, by the Honorable Paul Barbadoro, United States District Judge sitting in the District of New Hampshire on April 2, 1998, who fixed the period of supervision at four years which commenced on June 14, 2002. On November 22, 2002, the offender's supervision was revoked and he was sentenced to six months imprisonment followed by 42 months supervised release which commenced on April 16, 2003, and imposed the general terms and conditions theretofore adopted by the court: 1) The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or drug/ alcohol dependency which will include testing for the detection of substance abuse or use. The defendant shall also abstain from the use of alcoholic beverages and/or all other intoxicants during and after the course of treatment. The defendant shall pay for the cost of treatment to the extent he is able as determined by the Probation Officer; 2) The defendant shall participate in a program of domestic violence education and counseling, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay for the cost of treatment to the extent he is able as determined by the probation officer. He was ordered to pay a $400 special assessment.

Transfer of jurisdiction was accepted in the District of Connecticut on June 26, 2003, and the case was assigned to the Honorable Alvin W. Thompson, United States District Judge. On January 5, 2005, the Court imposed the following condition: The defendant shall be placed on home confinement with voice verification for three months. During a violation hearing on September 8, 2005, six additional conditions were added as a result of violation behavior. These include: 1) The defendant shall not get arrested again; 2) The defendant shall remain in his current employment and do well; 3) The defendant shall participate in substance abuse treatment, without a co-pay, but shall pay his outstanding co-pay balance on or before the commencement of his treatment; 4) The defendant shall pay his outstanding Special Assessment balance of $288.60 and his electronic monitoring balance of $6.30 by November 1, 2005; 5) The defendant shall have no connection/contact with his former girlfriend, Carmen Padilla; and 6) The defendant shall be subject to a curfew in that he shall be home by 8:00 p.m. each evening, unless he is working. If the defendant is working late, he shall come directly home at the conclusion of his evening shift. Mr. Albino's supervision is scheduled to terminate on October 15, 2006.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

The defendant is being cited for violating the following conditions of supervised release:

Continued on page 2

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Robert Albino to appear before this court at Hartford, Connecticut on this _17th_ day of _February (3:00 pm)_ 2006, at Hartford, Connecticut, to show cause why his supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 30th day of January, 2006, and ordered filed and made a part of the records in the above case.

The Honorable Alvin W. Thom,
United States District Judge

Sworn to By

_Charmaine R. Harkins_
Charmaine R. Harkins
United States Probation Officer

Place  Hartford, Connecticut

Date  January 30, 2006

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this 30th day of January 2006, at Hartford, Connecticut, U.S. Probation Officer Charmaine R. Harkins appeared and under oath stated that the facts set forth in this petition are true to the best of her knowledge and belief.

The Honorable Alvin W. Thompson
United States District Judge

Page 2

Charge No. 1 - Mandatory Condition: "You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter." Mr. Albino tested positive for cocaine on December 21, 2005 and January 5, 2006. On January 18, 2006, Mr. Albino tested positive for cocaine and marijuana. Mr. Albino has had three positive urine samples since his last violation hearing on September 8, 2005 and six within one year. Mr. Albino also failed to report for a random urinalysis on January 13, 2006.

Charge No. 2 - Special Condition: "The defendant shall participate in a program approved by the U.S. Probation Office for treatment of narcotic addiction or dug or alcohol dependency which will include testing for the detection of substance abuse or use. The defendant shall also abstain from the use of alcoholic beverages and/or all other intoxicants during and after the course of treatment. The defendant shall pay for the cost of treatment to the extent he is able as determined by the Probation Officer." On January 4, 2006, Mr. Albino was unsatisfactorily discharged from Wheeler Clinic for missing his fourth treatment session. He also failed to provide a urine sample at the Wheeler Clinic on December 19, 2005.

Charge No. 3 - Special Condition: "The defendant shall pay his outstanding special assessment balance of $288.60 and electronic monitoring balance of $6.30 by November 1, 2005." Mr. Albino has not satisfied this condition as his current balance is $136.60.

Charge No. 4 - Special Condition: 3) "The defendant shall participate in substance abuse treatment, without a co-pay, but shall pay his outstanding co-pay balance on or before the commencement of his treatment". Mr. Albino has not satisfied this condition as his current balance is $122. He has not made a payment since November 2005. During a three-way meeting with Supervising U.S. Probation Officer Cerullo on December 7, 2005, Mr. Albino was instructed to make $20 installment payment at his weekly group sessions. He has failed to comply.