AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of _____ Connecticut _____

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

ROBERT ALBINO

Case Number:        3:03CR00226(AWT)

USM Number:       01954-049

Gary Weinberger
_____
Defendant's Attorney

**THE DEFENDANT:**

■ admitted guilt to violation of condition(s)  1, 2, 3 and 4 _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| #1 Refrain from unlawful substance | Subject tested positive on 3 occasions | 1/18/06 |
| #2 Participate in treatment | Unsuccessfully discharge | 1/4/06 |
| #3 Pay outstanding special assessment | Failed to pay balance of $136.60 | 11/1/05 |
| #4 Pay outstanding co-pay balance | Failed to pay $122 to Wheeler | 11/1/05 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   9109 _____

Defendant's Date of Birth:   1977 _____

February 16, 2006
_____
Date of Imposition of Judgment

Defendant's Residence Address:

401 Clinton St.

New Britain, CT 06053

_____
Signature of Judge

The Honorable Alvin W. Thompson, U.S. District Judge
_____
Name and Title of Judge

2/16/06
_____
Date

Defendant's Mailing Address:

401 Clinton St.

New Britain, CT 06053

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

DEFENDANT:        ROBERT ALBINO                      Judgment — Page ___2___ of ___3___
CASE NUMBER:      3:03CR00226(AWT)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

12 months with no supervision to follow.

■    The court makes the following recommendations to the Bureau of Prisons:
     1) Mr. Albino is to participate in the Inmate Financial Responsibility Program (FRP) to satisfy his $136.60 special assessment balance; 2) Mr. Albino is to receive drug and alcohol counseling.

■    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

    ☐    at _____ ☐ a.m.  ☐ p.m.    on _____ .

    ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐    before 2 p.m. on _____ .

    ☐    as notified by the United States Marshal.

    ☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a_____ with a certified copy of this judgment.

                                              _____
                                                     UNITED STATES MARSHAL

                  By _____
                                            DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 5 — Criminal Monetary Penalties

| | |
|---|---|
| DEFENDANT: | ROBERT ALBINO |
| CASE NUMBER: | 3:03CR00226(AWT) |

Judgment — Page ___3___ of ____3____

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  136.60 | $ | $ |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ _____ | $ _____ | |

☐  Restitution amount ordered pursuant to plea agreement  $  _____

☐  The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐  the interest requirement is waived for the    ☐  fine    ☐  restitution.

☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.